UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

TIMOTHY WILLIAM BIELER,

              Plaintiff,

    v.

STATE OF NEVADA, et al.,

              Defendants.

Case No. 3:25-cv-00652-ART-CLB

ORDER ADOPTING REPORT AND RECOMMENDATION (ECF No. 3).

Before the Court is Mr. Bieler's application to proceed *in forma pauperis* ("IFP") (ECF No. 1), and motion for a name change (ECF No. 1-1.) Magistrate Judge Carla L. Baldwin issued a Report and Recommendation ("R&R") recommending that Mr. Bieler's application to proceed IFP be granted, but that his complaint be dismissed with prejudice for lack of subject matter jurisdiction. (ECF No. 3.)

For the foregoing reasons, the Court adopts the magistrate judge's R&R.

## I.    LEGAL STANDARD

Under the Federal Magistrates Act, a court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by [a] magistrate judge." 28 U.S.C. § 636(b)(1). Where a party timely objects to a magistrate judge's report and recommendation, then the court is required to "make a *de novo* determination of those portions of the [report and recommendation] to which objection is made." 28 U.S.C. § 636(b)(1). A court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

Plaintiff has not filed an objection to the magistrate judge's R&R and his time to do so has now expired. (ECF No. 3.)

1

## II.   ANALYSIS

The magistrate judge construes Mr. Bieler's motion for a name change as a complaint alleging a claim for a name under Nevada Revised Statute §§ 41.270-41.290. (ECF No. 3.) Mr. Bieler is seeking relief under Nevada law and lacks diversity and federal question jurisdiction. The Court additionally cannot exercise supplemental jurisdiction over Mr. Bieler's claim. Therefore, his complaint should be dismissed for lack of subject matter jurisdiction.

## III.   CONCLUSION

It is therefore ordered that Mr. Martin's application to proceed *in forma pauperis*, (ECF No. 1) is GRANTED.

It is further ordered that the Clerk FILE the complaint, (ECF No. 1-1) but not issue summons at this time.

It is further ordered that the complaint be DISMISSED without leave to amend.

It is further kindly ordered that the Clerk CLOSE this case.

Dated this 13th day of January, 2026.

_____

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

2